**Appeal Dismissed and Memorandum Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00389-CR

---

## RONALD THOMAS DRAKOS II, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 22-DCR-099030**

---

### MEMORANDUM OPINION

This attempted appeal is from an order signed on April 7, 2022 by a magistrate setting bail for appellant in the amount of $3,000. Such an order is not appealable prior to conviction. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (no appellate jurisdiction for interlocutory appeal from denial of motion to

reduce pretrial bond). The correct vehicle for Appellant's complaint is a pre-trial writ of habeas corpus. *See Ex parte Dupuy*, 498 S.W.3d 220, 223–24 (Tex. App.—Houston [14th Dist.] 2016, no pet.) (discussing an appeal from a trial court's partial denial of habeas relief).

On June 6, 2022, the parties were notified that the appeal was subject to dismissal without further notice unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)